UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **INVINCIBLE IP LLC,**<br><br>Plaintiff<br><br>v.<br><br>**NAVISITE LLC,**<br><br>Defendant | **Case No.** |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff Invincible IP, LLC ("Invincible" or "Plaintiff") files this Complaint for patent infringement against Navisite LLC ("Defendant"), and alleges as follows:

**NATURE OF THE ACTION**

1. This is an action for patent infringement arising under 35 U.S.C. § 1 *et seq*.

**PARTIES**

2. Invincible is a limited liability company organized and existing under the laws of the State of Texas with its principal place of business in Plano, Texas.

3. Upon information and belief, Defendant is a corporation organized and existing under the laws of Delaware and may be served through its registered agent, Corporation Service Company, located at 251 Little Falls Drive, Wilmington, DE 19808.

## JURISDICTION AND VENUE

4. This Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5. Defendant is subject to personal jurisdiction of this Court based upon it being a Delaware corporation, such that Defendant is essentially at home in the State of Delaware.

6. Venue is proper in this District under 28 U.S.C. § 1400(b) because Defendant resides in this judicial district.

## IDENTIFICATION OF THE ACCUSED SYSTEM

7. Defendant provides for its customers use Navisite ("the Accused System").

## COUNT I (Infringement of U.S. Patent No. 8,938,634)

8. Invincible incorporates the above paragraphs as though fully set forth herein.

9. Plaintiff is the owner, by assignment, of U.S. Patent No. 8,938,634 (" the '634 Patent"), entitled USER GENERATED DATA AND POWER SAVINGS, which issued on January 20, 2015. A copy of the '634 Patent is attached as Exhibit PX-634.

10. The '634 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

11. Defendant has been and is now infringing one or more claims of the '634 Patent under 35 U.S.C. § 271 by making, using, selling, and offering to sell the Accused System in the United States without authority.

12. Claim 1 of the '634 Patent recites:

1. A method to provide power savings in a data center, the method comprising:

identifying user-provided hardware independent power saving codes from multiple virtual machines within the data center;

converting at least a portion of the user-provided hardware independent power saving codes into a device power management message specific to a computing system in the data center, wherein the converting includes identifying the portion of the user-provided hardware independent power saving codes relevant to the computing system and converting the portion of the user-provided hardware independent power saving codes into the device power management message specific to the computing system in the data center; and

providing the device power management message to the computing system, wherein the computing system is operative to enable or disable one or more devices within the computing system in accordance with the device power management message.

13. More particularly, Defendant infringes at least claim 1 of the '634 Patent.

14. On information and belief, Defendant makes, uses, sells, and offers to sell the Accused System, which practices a method to provide power savings (e.g., suspends power, halts power to a host) in a data center.



https://www.navisite.com/ (last visited December 28, 2021).



https://navicloud.navisite.com/help/default.htm#!Documents/contextmenuoptionssummaryoperationsyoucanperformonvms.htm (last visited December 28, 2021).

| Power > | |
|---|---|
| Power on | • Powers on VM when executed from click on VM.<br>• Powers on all VMs in subgroup when executed from subgroup menu.<br>• Powers on all VMs in group when executed from group menu. |
| Power off | • Powers off VM when executed from click on VM.<br>• Powers off all VMs in subgroup when executed from subgroup menu.<br>• Powers off all VMs in group when executed from group menu. |
| Suspend | Puts VM into standby / low-power mode.<br>• Suspends VM when executed from click on VM.<br>• Suspends all VMs in subgroup when executed from subgroup menu.<br>• Suspends all VMs in group when executed from group menu. |
| Restart | Cycles VM power down and then up.<br>• Restarts VM when executed from click on VM.<br>• Restarts all VMs in subgroup when executed from subgroup menu.<br>• Restarts all VMs in group when executed from group menu. |

https://navicloud.navisite.com/help/default.htm#!Documents/contextmenuoptionssummaryoperationsyoucanperformonvms.htm (last visited December 28, 2021).

| | |
|---|---|
| Guest Shut Down | Guest Shut Down powers off the VM as though executed from the machine's "Start" menu.<br>• Guest Shut Down powers off VM when executed from click on VM.<br>• Guest Shut Down powers off all VMs in subgroup when executed from subgroup menu.<br>• Guest Shut Down powers off all VMs in group when executed from group menu. |
| Guest Restart | Guest Restart powers down and then up the VM as though executed from the machine's "Start" menu.<br>• Guest Restart restarts VM when executed from click on VM.<br>• Guest Restart restarts all VMs in subgroup when executed from subgroup menu.<br>• Guest Restart restarts all VMs in group when executed from group menu. |
| Guest Standby | Guest Standby puts VM into standby / low-power mode as though executed from the machine's "Start" menu.<br>• Suspends VM when executed from click on VM.<br>• Suspends all VMs in subgroup when executed from subgroup menu.<br>• Suspends all VMs in group when executed from group menu. |

https://navicloud.navisite.com/help/default.htm#!Documents/contextmenuoptionssummaryoperationsyoucanperformonvms.htm (last visited December 28, 2021).

15.  On information and belief, the method practiced by the Accused System includes a step of identifying user-provided hardware independent power saving codes (e.g. shutdown, suspend, standby, etc.) from multiple virtual machines (e.g. group VMs, etc.) within the data center.



https://navicloud.navisite.com/help/default.htm#!Documents/contextmenuoptionssummaryoperationsyoucanperformonvms.htm (last visited December 28, 2021).

| Power > | |
|---|---|
| Power on | • Powers on VM when executed from click on VM.<br>• Powers on all VMs in subgroup when executed from subgroup menu.<br>• Powers on all VMs in group when executed from group menu. |
| Power off | • Powers off VM when executed from click on VM.<br>• Powers off all VMs in subgroup when executed from subgroup menu.<br>• Powers off all VMs in group when executed from group menu. |
| Suspend | Puts VM into standby / low-power mode.<br>• Suspends VM when executed from click on VM.<br>• Suspends all VMs in subgroup when executed from subgroup menu.<br>• Suspends all VMs in group when executed from group menu. |
| Restart | Cycles VM power down and then up.<br>• Restarts VM when executed from click on VM.<br>• Restarts all VMs in subgroup when executed from subgroup menu.<br>• Restarts all VMs in group when executed from group menu. |

https://navicloud.navisite.com/help/default.htm#!Documents/contextmenuoptionssummaryoperationsyoucanperformonvms.htm (last visited December 28, 2021).

| Guest Shut Down | Guest Shut Down powers off the VM as though executed from the machine's "Start" menu.<br>• Guest Shut Down powers off VM when executed from click on VM.<br>• Guest Shut Down powers off all VMs in subgroup when executed from subgroup menu.<br>• Guest Shut Down powers off all VMs in group when executed from group menu. |
|---|---|
| Guest Restart | Guest Restart powers down and then up the VM as though executed from the machine's "Start" menu.<br>• Guest Restart restarts VM when executed from click on VM.<br>• Guest Restart restarts all VMs in subgroup when executed from subgroup menu.<br>• Guest Restart restarts all VMs in group when executed from group menu. |
| Guest Standby | Guest Standby puts VM into standby / low-power mode as though executed from the machine's "Start" menu.<br>• Suspends VM when executed from click on VM.<br>• Suspends all VMs in subgroup when executed from subgroup menu.<br>• Suspends all VMs in group when executed from group menu. |

https://navicloud.navisite.com/help/default.htm#!Documents/contextmenuoptionssummaryoperationsyoucanperformonvms.htm (last visited December 28, 2021).

16. On information and belief, the method practiced by the Accused System includes a step of converting at least a portion of the user-provided hardware independent power saving codes (e.g. Shutdown, suspend, standby, etc.) into a device power management message specific to a computing system (e.g. Instance Host) in the data center, wherein the converting includes identifying the portion of the user-provided hardware independent power saving codes (e.g. Shutdown, suspend, etc.) relevant to the computing system (e.g. Instance Host) and converting the portion of the user-provided hardware independent power saving codes (e.g. Shutdown, suspend, etc.) into the device power management message specific to the computing system (e.g. Instance Host) in the data center.

17. On information and belief, the Accused System accepts user provided hardware independent power saving code through shutting down, suspending, etc., and converts it to device power management message specific to VM hosts. The computing system identifies the Shutdown, suspend, etc. of VM instance.



https://navicloud.navisite.com/help/default.htm#!Documents/contextmenuoptionssummaryoperationsyoucanperformonvms.htm (last visited December 28, 2021).

| Power > | |
|---|---|
| Power on | • Powers on VM when executed from click on VM.<br>• Powers on all VMs in subgroup when executed from subgroup menu.<br>• Powers on all VMs in group when executed from group menu. |
| Power off | • Powers off VM when executed from click on VM.<br>• Powers off all VMs in subgroup when executed from subgroup menu.<br>• Powers off all VMs in group when executed from group menu. |
| Suspend | Puts VM into standby / low-power mode.<br>• Suspends VM when executed from click on VM.<br>• Suspends all VMs in subgroup when executed from subgroup menu.<br>• Suspends all VMs in group when executed from group menu. |
| Restart | Cycles VM power down and then up.<br>• Restarts VM when executed from click on VM.<br>• Restarts all VMs in subgroup when executed from subgroup menu.<br>• Restarts all VMs in group when executed from group menu. |

https://navicloud.navisite.com/help/default.htm#!Documents/contextmenuoptionssummaryoperationsyoucanperformonvms.htm (last visited December 28, 2021).

| Guest Shut Down | Guest Shut Down powers off the VM as though executed from the machine's "Start" menu.<br>• Guest Shut Down powers off VM when executed from click on VM.<br>• Guest Shut Down powers off all VMs in subgroup when executed from subgroup menu.<br>• Guest Shut Down powers off all VMs in group when executed from group menu. |
|---|---|
| Guest Restart | Guest Restart powers down and then up the VM as though executed from the machine's "Start" menu.<br>• Guest Restart restarts VM when executed from click on VM.<br>• Guest Restart restarts all VMs in subgroup when executed from subgroup menu.<br>• Guest Restart restarts all VMs in group when executed from group menu. |
| Guest Standby | Guest Standby puts VM into standby / low-power mode as though executed from the machine's "Start" menu.<br>• Suspends VM when executed from click on VM.<br>• Suspends all VMs in subgroup when executed from subgroup menu.<br>• Suspends all VMs in group when executed from group menu. |

https://navicloud.navisite.com/help/default.htm#!Documents/contextmenuoptionssummaryoperationsyoucanperformonvms.htm (last visited December 28, 2021).

18.   On information and belief, the Accused System practices providing the device power management message (e.g., message to power on/off the server, message to standby the VM, etc.) to the computing system (e.g. Instance Host), wherein the computing system (e.g. Instance Host) is operative to enable or disable one or more devices (e.g. servers, Instance hosts, etc.) within the computing system (e.g. Instance Host) in accordance with the device power management message (e.g., message to power on/off the server, through shutdown, message to suspend the VM, switch to low power mode, etc.).



https://navicloud.navisite.com/help/default.htm#!Documents/contextmenuoptionssummaryoperationsyoucanperformonvms.htm

https://navicloud.navisite.com/help/default.htm#!Documents/contextmenuoptionssummaryoperationsyoucanperformonvms.htm

https://navicloud.navisite.com/help/default.htm#!Documents/contextmenuoptionssummaryoperationsyoucanperformonvms.htm

19. Plaintiff has been damaged by Defendant's infringing activities.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests the Court enter judgment against Defendant:

1. declaring that Defendant has infringed the '634 Patent;

2. awarding Plaintiff its damages suffered as a result of Defendant's infringement of the '634 Patent;

3. awarding Plaintiff its costs, attorneys' fees, expenses, and interest; and

4. granting Plaintiff such further relief as the Court finds appropriate.

## JURY DEMAND

Plaintiff demands trial by jury under Fed. R. Civ. P. 38 on all issues so triable.

Dated: December 28, 2021                Respectfully submitted,

                                               */s/David W. deBruin*
                                               David W. deBruin (DE Bar No. 4846)
                                               GAWTHROP GREENWOOD, PC
                                               3711 Kennett Pike, Suite 100
                                               Wilmington, DE 19807
                                               Office:  302-777-5353
                                               Direct: 302-351-1275
                                               E-mail:  ddebruin@gawthrop.com

                                               Together with:

Raymond W. Mort, III (*pro hac* to be filed)
Texas State Bar No. 00791308
raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
100 Congress Ave, Suite 2000
Austin, Texas 78701
Tel/Fax: (512) 865-7950

**ATTORNEYS FOR PLAINTIFF**